# UNITED STATES DISCTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Jared Ahman Hesy-Ra EL<br>Claimant | )<br>)<br>) |
| | )   Case NO:  2016 314634 MMDB |
| V | )<br>) |
| STATE OF FLORIDA<br>Judge Judy D. Davidson<br>R.J. Larizza, State Attorney | ) |

## AFFAVIDVIT IN THE FORM OF NOTICE OF REMOVAL

### JURISDICTION

Made pursuant to:
All contracts of record that apply to my proper nationality and any other contracts of record that apply to this matter
Pursuant to the United States Constitution
Pursuant to Declaration of Indigenous Rights enacted by the Organization American States which the United States and all its Departments are subject to All Articles Incorporated
Pursuant to the United Nations Declaration of the Rights of Indigenous Peoples UN 61/195 All Articles Incorporated
Pursuant to UN 60/147 Basic Principles and Guidelines on the Right to a Remedy and Reparation for Victims of Gross Violations of International Human Rights Law and Serious Violations of International Humanitarian Law
Pursuant to the Treaty of Watertown 1776 and the United States Constitution [Article VI]
Pursuant to United States Code Title 18 Section 112 Protections of Internationally Protected Persons
Pursuant to Violations of the 9th & 10th Amendments to the Constitution for the United States of America
Pursuant to the United States Constitution Amendment 5,6,7.

In accordance with

Title 28 part 5 Chapter 85 1332 Diversity of Citizenship; Title 28 section 1441,(1),(A);

Title 4 section 42, Custody of the Seal of the United States; Title 8 section 1401 (B).

28 U.S. Code § 1331,§1367 *The district courts shall have original jurisdiction of all civil actions*

*arising under the Constitution, Laws, or Treaties of the United States.*

(SEE Code of Federal Regulations:Title 27, § 72.11CHAPTER I - ALCOHOL AND TOBACCO TAX AND

TRADE BUREAU; § 72.11)

Executive Order 13107

FiledDEC19'16UsDcFln4PM0404

## PURPORSE

To insure that: my, Jared Ahman Hesy-Ra El; Indigenous, Aboriginal, free, Moorish American National, Ambassador in the Aboriginal Republic of North America, Cherokee, Choctaw Inc ,Sui jurist,void ab initio as pro se litigant; CONSTITUTIONAL & International RIGHT to procedural due process of law, for the purpose of insuring my Life, Labor and Liberty is not infringed upon by an alleged Governmental Official, Officer or Agency who has sworn by Oath or Affirmation to support the Constitution for the United States of America and the Florida State Republic Constitution and all other contracts of record. The property; Including but not limited to JARED GOAR; has a lien of $ 250,000,000 recorded at the Washington D.C. Recorder of Deeds Office record number (Record Number of UCC Lien in DC) which is a record of a superior international statutory lien per UCC 9311 (a).

I, Jared Ahman Hesy-Ra El; Indigenous, Aboriginal, free, Moorish American National, Ambassador in the Aboriginal Republic of North America,Cherokee,Choctaw Inc ,Sui jurist,void ab initio as pro se litigant; am recognized by the US Department of State since March 6th 2006 via **Authentication document 06013144-1.**

I, Jared Ahman Hesy-Ra El; Indigenous, Aboriginal, free, Moorish American National, Ambassador in the Aboriginal Republic of North America,Cherokee,Choctaw Inc., Sui jurist,void ab initio as pro se litigant; is an Aboriginal American non-citizen US National according to our Constitution and the Nationality Act of 1940 section 308 (US Statutes at Large Vol. 66 Stat 238). I, Jared Ahman Hesy-Ra El; Indigenous, Aboriginal, free, Moorish American National, Ambassador in the Aboriginal Republic of North America, Cherokee, Choctaw Inc., Sui jurist,void ab initio as pro se litigant; (Jared Ahman Hesy-Ra El) is a part of an internationally protected Organization and Indigenous Government.(SEE ATTACHMENTS).

## STATEMENT OF FACTS

18 USC § 31 - Definitions(6) Motor vehicle.— The term "motor vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power and used for commercial

purposes on the highways in the transportation of passengers, passengers and property, or property or cargo.

Chicago Coach Co. v. City of Chicago, 337 Ill. 200, 169 N.E. 22

"No State government entity has the power to allow or deny passage on the highways, byways, nor waterways... transporting his vehicles and personal property for either recreation or business, but by being subject only to local regulation i.e., safety, caution, traffic lights, speed limits, etc. Travel is not a privilege requiring licensing, vehicle registration, or forced insurances."

Boyd vs. United States, 116 US 616 "It is the duty of the courts to be watchful for the Constitutional rights of the citizen and against any stealthy encroachments thereon."

On October 27, 2016, Mr. Kevin Connally, a Daytona Beach Police Officer stopped Jared Ahman Hesy-Ra EL, near the intersection of International Speedway and Nova Rd while "traveling", and proceeded to issue a Florida Uniform Traffic Citation for unlawfully "Operating a Motor Vehicle/Using a Mobile Home with an expired registration", a violation of 320.07(3)(A). Stated on Mr. Connally's citation, also noted that it was not a "COMMERCIAL VEHICLE." The definition for a "motor vehicle" has been clearly defined in 18 USC Section 31, and Mr. Connally has no proof or evidence that denotes the fact that he Jared Hesy-Ra El was operating in a commercial capacity.

18 USC 31 takes precedence as STATE OF FLORIDA and Mr. Connally's employer, the CITY OF DAYTONA BEACH, receives federal funds under the Highway Safety Act, Title 23 Code of Federal Regulations§ 1250.2 (reserved) and 23 USC 402 . Therefore Federal statues laws and definitions take precedence.  Mr. Connally, being a "Law Enforcement Officer," he should know State and Federal Laws and statutes, and ignorance of the law is no excuse. With 18 USC § 31 - Definitions(6) Motor vehicle Controlling, this court has no Subject matter or personal jurisdiction over the defendant. Mr. Connally had no probable cause for stop to issue a citation for operating in a commercial capacity when the defendant clearly wasn't. With the

STATE OF FLORIDA and The CITY OF DAYTONA BEACH, Mr. Connally's employer, receiving Federal funds is a conflict of interest.

Further,

1. The right of individual/citizen to travel upon the public highways and to transport his/her property thereon, either by carriage or automobile, is not a mere privilege that a city may prohibit at will, but a right which he/she has under the right to life, liberty,and the pursuit of happiness." Thompson vs. Smith 154 S.E. 5 7

2." The use of the highway for the purpose of travel and transportation is not a mere privilege but a common fundamental right of which the public and individual cannot be rightfully deprived." Chicago motor Coach vs. Chicago, 337 Ill. 200, 169 N.E. 22, 66 ALR 834; ligare vs. Chicago, 139 Ill, 46, N. E. 934, Boone vs Clark 214 S. W. 607; 25 Am. Jur. 1st highways, Sec. 163

3." The right to travel is part of the Liberty of which the citizen cannot be deprived without due process of law under the Fifth Amendment." Kent vs. Dulles, 357 US 116, 125.

**4. For a crime to exist, there must be an injured party." There can be no sanction or penalty imposed on one because of this exercise of constitutional rights." Sheer v. Cullen 481 F. 945**

Whereas, I, Jared Ahman Hesy-Ra EL, have submitted affidavits for discovery, they were not responded to, which is a violation of procedural due process of law. The prosecution is engaging in malicious prosecution which has brought fraud upon the court.

5." The claim exercise of a constitutional right cannot be converted into a crime." Miller vs. United States, 230 F 2d 486, 489.

6.There's no question that a citation/ticket issued by police officer, for no drivers license, current vehicle registration, or mandatory insurance, etc., which carries a fine or jail time, is a penalty or sanction; and is indeed" converting a right into a crime."

7." If the common-law can try the cause, **and give full redress,** that alone takes away the admiralty jurisdiction." Ramsey vs. Allegrie, 425 F2d 504.

8." The rights of the individual are not derived from governmental agencies, either municipal, state, or federal, or even from the Constitution.They exist inherently in every man, by endowment of the Creator, and are merely

reaffirmed in the Constitution, the government's authority comes from the people. When legislative encroachment by the nation, state, or municipality invade these original and permanent rights, it is the duty of the courts to so declare, and to afford the necessary relief. City of Dallas, et al. vs. Mitchell.

9." People are supreme, not the state. Waring vs. the mayor of Savannah, 60 Georgia at 93.

**10." Full faith and credit shall be given in each State to the public acts, records, and judicial proceedings of every other state." United States Constitution Article 4 section 1.**

**11. A corporate entity, whether it be city, State, or United States Government, cannot testify as an injured party, thus cannot cross – examine or be cross – examined. As an individual, one can speak on behalf of the Corporation, but cannot be an injured party as a living party of record.**

12." Inasmuch as every government is an artificial person, a government can only interface with other artificial persons. The imaginary, having neither actuality no substance, is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that no government, law, agency, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and the contracts between them." S.C.R. 1795, Penhallow vs. Doane's Administraters(3 US 54; 1 L. Ed. 57; 3 Dall. 54), Supreme Court of the United States 1795.

13." The police power of the state must be exercised in subordination to the provisions of the U.S. Constitution." Bacahanan vs. Wanley, 245 US 60; Panhandle Eastern pipeline Co vs. State Highway commission, 294 US 613.

**14.CONSTITUTION OF THE STATE OF FLORIDA:SECTION 23. Right of privacy.—Every natural person has the right to be let alone and free from governmental intrusion into the person's private life.**

**15. That an acceptance of a license, in whatever form, will not require the licensee to respect or to comply with any provisions of the statute or with any regulations prescribed by the state . . . that are repugnant to the Constitution of the United States." W. W. CARGILL CO. V. MINNESOTA, 180 U. S. 452 (1901)**

## REMEDY AND RELIEF

1) I, Jared Ahman Hesy-Ra El; Indigenous, Aboriginal, free, Moorish American National, Ambassador in the Aboriginal Republic of North America,Cherokee,Choctaw Inc ,Sui jurist,void ab initio as pro se litigant; request that the state charges be dismissed and that all charges, if continued be pursued via federal court.

2) I, Jared Ahman Hesy-Ra El; Indigenous, Aboriginal, free, Moorish American National, Ambassador in the Aboriginal Republic of North America,Cherokee,Choctaw Inc ,Sui jurist,void ab initio as pro se litigant; has International Treaty Protections in regards to my,Jared Ahman Hesy-Ra El; Indigenous, Aboriginal, free, Moorish American National, Ambassador in the Aboriginal Republic of North America, Cherokee, Choctaw Inc., Sui jurist,void ab initio as pro se litigant; rights. These matters are not within the States jurisdiction to adjudicate however this matter can be adjudicated properly in federal court jurisdiction. I, Jared Ahman Hesy-Ra El; Indigenous, Aboriginal, free, Moorish American National, Ambassador in the Aboriginal Republic of North America,Cherokee,Choctaw Inc ,Sui jurist,void ab initio as pro se litigant;  is exempt from execution attachment or seizure pursuant to USC 28 1609,and USC 8 1401 (b) Tribal Property exempt clause.

## CONCLUSION STATMENT

I , Jared Ahman Hesy-Ra El; Indigenous, Aboriginal, free, Moorish American National, Ambassador in the Aboriginal Republic of North America,Cherokee,Choctaw Inc ,Sui jurist,void ab initio as pro se litigant; am mentally competent to make these statements of fact and record herein. I, Jared Ahman Hesy-Ra El; Indigenous, Aboriginal, free, Moorish American National, Ambassador in the Aboriginal Republic of North America, Cherokee, Choctaw Inc ,Sui jurist,void ab initio as pro se litigant; hereby and herein reserve the right to amend and make amendments to the statements pertain in these  documents as necessary in order that the truth may be ascertained and proceedings justly determined. If the parties given notice by means of the statements in these documents have information that will controvert and overcome this affidavit advise me,Jared Ahman Hesy-Ra El; Indigenous, Aboriginal, free, Moorish American National, Ambassador in the Aboriginal Republic of North America, Cherokee, Choctaw Inc., Sui jurist,void ab initio as pro se litigant; in written affidavit form, from certified upon receipt of these document for providing me, Jared Ahman Hesy-Ra El; Indigenous, Aboriginal, free, Moorish American National, Ambassador in the Aboriginal Republic of North America, Cherokee,

Choctaw Inc.,Sui jurist,void ab initio as pro se litigant; with counter affidavit documents demonstrating with

particularity by stating all requisite actual facts and all requisite actual law.

Reserving ALL Natural Aboriginal Indigenous & Unalienable Birthrights, Waiving None

**in accordance with 28 USC §1746**

Certificate Of Service

Florida State Attorney
Attn: R.J. Larizza
251 NORTH RIDGEWOOD AVENUE
DAYTONA BEACH, FL 32114

Volousia County Clerk of Court
Attn: Diane M. Matousek
clerk@clerk.org
mwood@clerk.org

Judge Judith D. Davidson
DB Annex Courtroom 5
125 E Orange Ave
Daytona Beach, Fl

Respectfully Submitted
ALL RIGHTS RESERVED
on this 13th day of December 2016          Appellation/Signature: Jared Ahman  Hesy-Ra EL
                                          (Electronic Signature Just as Valid as Ink Signature)
                                          c/o 3707 SW 28th Terrace #A
                                          Gainesville, Florida [32608]

**Documents Enforced Pursuant to CFR 22 Foreign Correspondence section 131.1 & 131.2 USC Title 4 Section 42**

06013144-1

# United States of America



## DEPARTMENT OF STATE

## *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the Secretary of State of the State(s) of Pennsylvania, and that such Seal(s) is/are entitled to full faith and credit.*

In testimony whereof, I, Condoleezza Rice, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this sixth day of March, 2006.

By_____

Secretary of State

Assistant Authentication Officer, Department of State

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USE 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

*For the contents of the annexed document,the Department assumes no responsibility*

## COLOR OF AUTHORITY NOTICE

The Following Aboriginal National is a National & Citizen of an Aboriginal Government The Following Aboriginal National is a US National and has Documents directly from The United States Department of State along with International Status in a Government and International Organization Identification: Aboriginal Nationality Card, Right to Travel ID,

THIS NOTICE PROTECTS THE PERSON AND PROPERTY OF THE

## NATIONAL LISTED HEREIN BASED ON INTERNATIONAL & CONSTITUTIONAL RIGHTS.

### PLEASE READ THESE LAWS THAT YOU ARE SUBJECT TO!

### Title 18 Part 13 section § 241 & 242
### § 241. Conspiracy Against Rights

If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or if two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured—They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title *or imprisoned for any term of years or for life, or both, or may be sentenced to death.*

### § 242. Deprivation of Rights Under Color of Law

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; *and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon,* explosives, or fire, shall be fined under this title or *imprisoned not more than ten years, or both;* and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, *or imprisoned for any term of years or for life, or both, or may be sentenced to death.*

### Title 42 Chapter 21 section § 1983 CIVIL ACTIONS FOR

### DEPRIVATION OF RIGHTS

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof *to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress,* except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be astatute of the District of Columbia.

ALL RIGHT RESERVE

Authentication/Seal _____

County: Alachua                              State: Florida

Sworn and Subscribed before me _____ this [day] __11__ [month] October [year] 2016

Notary Signature _____

DAVID CASTANHE
NOTARY
My Comm. Expires
May 4, 2020
No. FF 989185
STATE PUBLIC

**Documents Enforced Pursuant to CFR 22 Foreign Correspondence section 131.1 & 131.2 USC Title 4 Section 42**

06013144-1

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the Secretary of State of the State(s) of Pennsylvania, and that such Seal(s) is/are entitled to full faith and credit.*

In testimony whereof, I, Condoleezza Rice, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this sixth day of March, 2006.

By_____

Secretary of State

Assistant Authentication Officer,
Department of State

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USE 1733 et. seq.; 8 USC 1443(); RULE 44 Federal Rules of Civil Procedure.*

*For the contents of the annexed document, the Department assumes no responsibility*

# State of Florida

## Department of State

I, Ken Detzner, Secretary of State, do hereby certify that:

### David Castanheira

was commissioned as a Notary Public in and for the State of Florida:

| | |
|---|---|
| Commission number: | FF989185 |
| Term beginning: | May 5, 2016 |
| Term expiring: | May 4, 2020 |

as shown by the records of this office.

**Legal Qualifications and Authority of a Florida Notary Public**

A Florida Notary Public is not licensed to practice law in the State of Florida, and may not give legal advice or accept fees for legal advice.

**Legal Qualifications of a Florida Notary Public:** A Florida Notary Public shall be at least 18 years of age and a legal resident of Florida. A Florida Notary Public must be able to read, write, and understand the English language.

**Legal Authority of a Florida Notary Public:** A Notary Public may administer an oath and make a certificate thereof when it is necessary for the execution of any writing or document to be published under the seal of a Notary Public. A Notary Public is authorized to take the acknowledgments of deeds and other instruments of writing for record. A Notary Public is authorized to solemnize the rites of matrimony. A Notary Public may supervise the making of a photocopy of an original document and attest to the trueness of the copy.



Given under my hand and the Great Seal of the State of Florida, at Tallahassee, the Capital, this the Twenty-First day of October, A.D., 2016.

*Ken Detzner*

Secretary of State

DSDE 99 (2/12)

*The word "VOID" appears when photocopied.*

*"State of Florida" appears in small letters across the face of this 8½ x 11" document.*

This document contains a true watermark. Hold up to light to see "SAFE" and "VERIFY FIRST."

The Following Aboriginal National is a National & Citizen of an Aboriginal Government The Following Aboriginal National is a US National and has Documents directly from The United States Department of State along with International Status in a Government and International Organization Identification: Aboriginal Nationality Card, Right to Travel ID,

THIS NOTICE PROTECTS THE PERSON AND PROPERTY OF THE

NATIONAL LISTED HEREIN BASED ON INTERNATIONAL & CONSTITUTIONAL RIGHTS.

PLEASE READ THESE LAWS THAT YOU ARE SUBJECT TO!

## Title 18 Part 13 section § 241 & 242
## § 241. Conspiracy Against Rights

If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured—They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title *or imprisoned for any term of years or for life, or both, or may be sentenced to death.*

### § 242. Deprivation of Rights Under Color of Law

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; *and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon,* explosives, or fire, shall be fined under this title or *imprisoned not more than ten years, or both;* and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, *or imprisoned for any term of years or for life, or both, or may be sentenced to death.*

### Title 42 Chapter 21 section § 1983 CIVIL ACTIONS FOR

### DEPRIVATION OF RIGHTS

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof *to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress,* except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be astatute of the District of Columbia.

AIL RIGHT RESERVE

Authentication/Seal _____

County: Alachua                                State: Florida

Sworn and Subscribed before me _____ this [day] __11__ [month] __October__ [year] 2016

Notary Signature _____

DAVID CASTANHEIRA
NOTARY
My Comm. Expires
May 4, 2020
No. FF 989185
STATE OF FLORIDA
PUBLIC

### Certificate of Indigenous-American-Tribal-Nationality-Citizenship
#### Jurisdiction - Aboriginal Republic of North America - United States of America
### Certificate Drafted & Issued by - Aboriginal Cherokee Choctaw Tribal Entity U.A.
#### An entity of the Aboriginal Republic of North America

Name: Jared Ahman Hesy-Ra El Born: 04/28/1998 Nationality: Aboriginal-American -National of the United States of America
Birth Location Region-3 Yamasih in the Aboriginal Republic of North America United States of America
Regions - Mark your Birth Location
VRegion-1 VRegion-2 VRegion-3 VRegion-4
VRegion-5 VRegion-6 VRegion-7 VRegion-8
VSamal Shariq VShariq VHawab Shariq VWasat
VWasat Maghrib VHawab VSamal Maghrib VMaghrib
Klan Name - Xi-Amaru
**Regional Klan Location**
V Region-1 Abannaki
V Region-2 Sharakhi
V Region-3 Yamasih
V Region-4 Lanabi la au
V Region-5 Shaykhakhu
V Region-6 Shabtau
V Region-7 AlNasasi
V Region-8 Hopi Zuni

I declare that I am an Aboriginal-American of Moorish Descent. I am born native to the United States of America and the Aboriginal Republic of North America. I, nor my ancestors, are legally African American, Negro, Colored, or any other colorable title that was forced upon myself and my ancestry during acts of genocide and denationalization.
I declare all contracts under that colorable status void ab initio (void from the beginning)
I have entered the plebiscite of the Aboriginal Republic of North America and the International Indigenous Society, Society, which was noticed to the United States Department of State via Authentication Document 06013144-1, which was signed by Condoleezza Rice Secretary of State of the United States ex rel the Authentication Department of the Secretary of State. This action is a legal action supported by CFR Title 22 Foreign Intercourse section 131.1 & 131.2. I am a part of a National political operation to reclaim my Aboriginal Indigenous American Nationality and status as a United States National pursuant to International Treaties and the Supreme Law of the Land.

I, **Jared Ahman Hesy-Ra** El am of the age of maturity to make this affidavit and the facts herein.
I, **Jared Ahman Hesy-Ra** El am mentally competent to make this Official Affidavit of Facts for the Record.
I, **Jared Ahman Hesy-Ra** El have personal knowledge of the facts in this affidavit.
This affidavit is made under penalties of perjury and must be responded to by a counter affidavit by any and all parties within 30 days or it will stand as undisputed fact as a matter of law
I, **Jared Ahman Hesy-Ra** El declare under penalty of perjury under the laws of my Indigenous Tribal Government and the United States of America that the foregoing is true and correct. [Made Pursuant to ARNA Constitution and the Constitution for the United States of America] Made Pursuant to all applicable International Laws UN 61/195 All Articles Incorporated - UN 60/147 Basic Principles and Guidelines on the Right to a Remedy and Reparation for Victims of Gross Violations of International Human Rights Law and Serious Violations of The Emperor of Al Maghrib and the United States of America - Pursuant to The Treaty of Camp Holmes 1835 - Pursuant to Treaty of 1866 Cherokee with the United States of America.
I, **Jared Ahman Hesy-Ra** El having the lawful and legal status as a National of an Aboriginal Indigenous Nation [Klan- Xi Amaru – Aboriginal Cherokee Choctaw Tribal Entity Unincorporated Association] and Confederation [IIS] and the status of Aboriginal – Indigenous American of Moorish descent am a [United States National] by contract and Treaty. I have a permanent allegiance to the United States by way of all applicable Treaties with the United States. I recognize and respect all the laws governing the Republic of the United States of America. I recognize all International Laws that apply to Indigenous Peoples.
I, **Jared Ahman Hesy-Ra** El am not a corporate citizen, fictitious entity, or artificial person, 14th amendment citizen of the United States subject to the public debt obligation, or surety that is civilly dead. I am a Certified Ministerial Ambassador of my Indigenous Government, Faith, and Spiritual Practices. I have no tax liability from any corporate agencies due to my status. I herein Reserve all of my inherent Natural Rights, Indigenous Aboriginal Rights as an Indigenous American of Moorish descent, my Constitutional Rights, and all International rights that apply. This Certificate is not an attempt to defraud anyone or any entity any possible Creditors that have legitimate contracts or any of my lawful or legal obligations.

_____ All Rights Reserved
(Authentication Seal / Signature)".

Subscribed and sworn to (or affirmed) before me__Jared Ahman Hesy-Ra EL__

On this 11 day of October (month) 2016 (year), Aboriginal Year 1510

I Hereunto set my hand and affixed My Official Seal.

DAVID CASTANHEIRA NOTARY My Comm. Expires May 4, 2020 No. FF 989185 PUBLIC STATE OF FLORIDA

Clerk: Please File And Record
RECORDING PREPARED & REQUESTED BY:
Jared Ahman Hesy-Ra EL
AND AFTER RECORDING MAIL TO
Name: Jared Ahman Hesy-Ra EL
Mailing Location: 1731 NW 6th Street Ste F Gainesville, FL 32609
Local Jurisdiction:Shaykhamaxum
State: Florida Republic [32609]

| Use the above mailing location EXACTLY AS PRINTED | SPACE HERE ABOVE FOR RECORDERS USE ONLY |
|---|---|
| MAIL ADDITIONAL STATEMENTS TO:<br>ARNA | c/o 3000 Chestnut Street # 42083<br>Shaykhamaxum (Philadelphia Pennsylvania 19101) |

## Custodian of Name Correction Documents-Nationality &Trust Documents

The Indigenous nationality of **Jared Ahman Hesy-Ra El** is protected and governed by the Constitution of ARNA, International Law, United Nations Declaration on the Rights of Indigenous Peoples, United Nations Right to Remedy and reparation 60-147, and United Nations Universal Declaration of Human Rights. The above-mentioned Aboriginal is a U.S. National according to Treaty and Vol 66 stat 238 (US Statutes) & USC 8 Section 1401(b).

All applicable treaties between the Aboriginal-American & Moorish Nations and the United States of America are applicable. Indigenous National **Jared Ahman Hesy-Ra EL** is an Indigenous living flesh and blood being born and domiciled in Shaykhamaxum Samal Shariq or another Indigenous territory, all of which are Indigenous Lands protected under International Law as TRUST Territories.The above action is not made to defraud anyone or to violate any laws applicable to Aboriginal Americans. It is made to remedy the genocidal acts and acts of denationalization against the political identity of the Indigenous National herein.

The Indigenous National **Jared Ahman Hesy-Ra EL** is an Indigenous National of the International Indigenous Society (ARNA) and Aboriginal Republic of North America Aboriginal Xi-Amaru (Aboriginal Cherokee-Choctaw Tribal U.A), an Indigenous Government operating an Indigenous Plebiscite which has been noticed to and confirmed by the United States Department of States (Federal Authentication # 060131441) signed by Secretary of State Condoleezza Rice and in conformity with 22 CFR 131.1 & 131.2 , USC Title 4 section 42 and is protected/governed by International Law UN Charter, United Nations Declaration on the Rights of Indigenous Peoples (Article 4) – Self Autonomy Government.

_____    All Rights Reserved
Authentication/Seal of Indigenous National

### CERTIFICATE OF ACKNOWLEDGMENT OF NOTARY PUBLIC

State: Florida

County:

This document was acknowledged before me on October 11, 2016 [Date] by

David Castanheira
[Notary Seal, if any]:

(Signature of Notarial Officer)

Civil Law Notary  - Notary Public for Volusia

My commission expires: May 04 2020

DAVID CASTANHEIRA
NOTARY
My Comm. Expires
May 4, 2020
No. FF 989185
PUBLIC
STATE OF FLORIDA

## Affidavit of Name Change Pursuant to Federal Law & Indigenous Rights

**Jared Ahman Hesy-Ra El**
Formerly known as
**Jared Goar**
(Cherokee Choctaw)
Tribal Court:
BIRTH DATE: 04/28/1995

Aboriginal Xi (Cherokee Choctaw) Tribal Court
Aboriginal Republic of North America
ARNA file #101

Pursuant to all Treaties Including any and all U.S. Statutes protecting Indigenous Americans

## Tribal Court Ordered Name Correction Pursuant To Aboriginal & Federal Law

- **I, Jared Ahman Hesy-Ra El am of the age of maturity to make this affidavit and the facts herein**
- **I, Jared Ahman Hesy-Ra El am mentally competent to make this Official Affidavit of Facts for the Record**
- **I, Jared Ahman Hesy-Ra El have personal knowledge of the facts in this affidavit**
- **This affidavit is made under penalties of perjury and must be responded to by a counter affidavit within 30 days or it will stand as undisputed fact as a matter of law**

"I declare under penalty of perjury under the laws of my Indigenous Nation and under the laws United States of America that the foregoing is true and correct.
[Made Pursuant to the ARNA Constitution & the United States Constitution & Title 28 USCA Section 1746]
*NOTE: This Affidavit & Order is not an attempt to defraud anyone or any entity any possible Creditors that have legitimate contracts or any of my lawful or legal obligations*
Pursuant to International Law, Domestic National Natural Law of Indigenous & Aboriginal Peoples and National/Citizens of the Republic of The United States of America, and in Compliance with United States Constitutional Treaty Standards According to Article VI of the United States Constitution the Following Living Being makes this Affidavit
Jared Ahman Goar
Shall be forever known by the following Native & Indigenous American Name and all records of Status will reflect the following appellation/name.
**Jared Ahman Hesy-Ra El**

Is a registered member of Klan: Xi-Amaru Tribal Government : Aboriginal Republic of North America an Internationally organized Indigenous Nation that works towards the efforts of claiming Indigenous Status and Rights and International laws protecting Indigenous peoples
*United Nations Declaration on the Rights of Indigenous Peoples UN61/295*
*Universal Declaration of Human Rights in Article 15;*
*Article 15.*
*1) Everyone has the right to a Nationality.*
*2) No one shall be arbitrarily deprived of his nationality nor denied the right to change his nationality*

Old Signature/Authentication Seal _____

New Signature/ Authentication Seal _____ All Rights Reserved

County _Volusic_     State _Florida_

Sworn and Subscribed before me _Jared Ahman Hesy-Ra El_ this [day] _11_ [month] _October_ [year] _2016_

Notary Signature _____

