IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**JARED AHMAN HESY-RA EL,**

    **Plaintiff,**

**v.**                                               **Case No. 1:16cv373-MW/GRJ**

**STATE OF FLORIDA, et al.,**

    **Defendants.**

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 3. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's Complaint, ECF No. 1, is **DISMISSED without prejudice**." The Clerk shall close the file.

**SO ORDERED on February 22, 2017.**

                                                       **s/Mark E. Walker            **
                                                       **United States District Judge**